IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BETSY JILL JACKSON,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and WEISS SPICER CASH, PLLC,<br><br>*Defendants*. | Case No. 3:12-cv-00701<br><br>JUDGE HAYNES |

## STIPULATION OF DISMISSAL

Plaintiff Betsy Jill Jackson and Defendants Bank of America, N.A. and Weiss Spicer Cash, PLLC, through their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), that the Complaint in this matter, and each cause of action thereof, be dismissed with prejudice. Each party to bear its own costs.

It is so ORDERED this 13th day of May, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge

994392:1:NASHVILLE
Case 3:12-cv-00701   Document 16   Filed 05/10/13   Page 1 of 2 PageID #: 296
Case 3:12-cv-00701   Document 17   Filed 05/13/13   Page 1 of 1 PageID #: 298